IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LEE MILLER,<br><br>    Plaintiff,<br><br>  v.<br><br>NGUYEN, et al.,<br><br>    Defendants. | No. 2:21-CV-2407-KJM-DMC-P<br><br><br><u>ORDER</u> |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion to proceed in forma pauperis. <u>See</u> ECF No. 2. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Plaintiff's request to proceed in forma pauperis is, therefore, granted.

   The sufficiency of Plaintiff's complaint and service thereof will be addressed separately.

   IT IS SO ORDERED.

Dated: December 20, 2022

                _____
                DENNIS M. COTA
                UNITED STATES MAGISTRATE JUDGE